PROB 35
(Rev. 4/05)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date



# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.

CHRISTOPHER LEE NEAL

Docket Number    2:94CR00300-002

On August 3, 2012, the above named was released on supervised release for a period of 6 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Supervisory U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __18__ day of __October__, 20__16__.

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

251 N. Main St., Suite #840
Winston-Salem, NC 27101
Phone: (336) 293-5076
Fax: (336) 631-5095



# MEMORANDUM
September 29, 2016

TO:        The Honorable James A. Beaty, Jr., Senior United States District Judge

FROM:    James W. Long, U.S. Probation Officer

RE:        Christopher Lee Neal
            Docket No.: 2:94CR00300-002
            DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE

MESSAGE:

On October 25, 1995, Christopher Lee Neal was sentenced by the Honorable James A. Beaty, Jr., Senior United States District Court Judge, to a sentence of 300 months on Counts 1,2 and 3, followed by 60 months on Count 4 to run consecutively, followed by 8 years supervised release following a conviction for Count One: Conspiracy: Distribute Cocaine Base (crack) in violation of 21 U.S.C. § 846, Count Two: Distributed Cocaine Base (crack) in violation of 21 U.S.C.§ 841(a)(1), Count Three: Employ Person Under Age of Eighteen to Distribute Cocaine Base (crack) in violation of 21 U.S.C. § 861(a)(1) &(b), and Count Four: Carry & Use Firearms During a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1).

On December 9, 2009, pursuant to 28 U.S.C. § 2241, his sentenced was reduced to a total of 240 months for all remaining counts, with each count to run concurrent, followed by 6 years of supervised release for each count to run concurrent.

Mr. Neal was released from the Bureau of Prisons on August 3, 2012, and his case is set to expire on August 2, 2018. Since his release he has made a positive adjustment to supervision. He has committed no known violations of his supervised release conditions. He has submitted random urine samples which have tested negative for controlled substances and criminal record checks have revealed no new criminal activity. He has maintained a stable residence and has maintained employment throughout the term of supervision.

Assistant U.S. Attorney Clifton T. Barrett has been advised of Mr. Neal's motion for early termination. He voiced no objections to early termination of Mr. Neal's supervised release.

Based on the positive strides made by Mr. Neal, we have no objections to the proposed early termination of his supervised release.